IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 17-5063-JGD |
| | : | |
| v. | : | 1:16CR423-1 |
| | : | |
| CHADNEY DEVERICH STANBACK | : | <u>UNDER SEAL</u> |

<u>WARRANT FOR ARREST OF MATERIAL WITNESS</u>

TO: United States Marshal or any other law enforcement agent.

You are commanded to arrest AARON BRANDON ALLEY and bring him forthwith before this Court for the reason that said AARON BRANDON ALLEY is a necessary witness in a proceeding before the United States District Court in the Middle District of North Carolina in the case of the <u>United States of America v. Chadney Deverich Stanback</u>, 1:16CR423-1, and it appears that the said AARON BRANDON ALLEY may not appear for trial pursuant to a subpoena because he is avoiding service of said subpoena and has evidenced an intention not to testify in the above-captioned case.

IT IS SO ORDERED.

This the 25th day of January, 2017.

A True Copy
Teste:
John S. Brubaker, Clerk
By:
Deputy Clerk

_____
N. CARLTON TILLEY, JR.
SENIOR UNITED STATES DISTRICT JUDGE

RECEIVED
JAN 2 6 2017
U.S. Marshals Service, M/NC